# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2006

131356

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE RANDALE LASHAWN REX, JR.,
and QUINTAE NAJEE REX, Minors.

_____

DEPARTMENT OF HUMAN SERVICES, f/k/a
FAMILY INDEPENDENCE AGENCY,
       Petitioner-Appellee,

v

                                       SC: 131356
                                       COA: 262434
                                       Oakland CC

QIANA L. FRANK,
       Respondent-Appellant.
                                       Family Division: 98-616103-NA

_____/

     On order of the Court, the application for leave to appeal the May 11, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2006 _____

s0620

_____
Clerk